UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GARY KENDALL, EDWIN CROSBY, III, BARBRA WRIGHT, MARY REYNOLDS, CLASS OF NAMED PLAINTIFFS, CLASS OF UNNAMED PLAINTIFFS,<br><br>                 Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, and ERIC KEN SHINSEKI, Secretary of the U.S. Dept. of Veterans Affairs,<br><br>                 Defendant. | Case No. 1:12-cv-00330-EJL-LMB<br><br>**REPORT AND RECOMMENDATION** |

       This matter is before the Court on a Motion for Joinder.  (Dkt. 19)  Two unnamed parties, William L.A. Church, and Melvin R. Kerchee, Jr. request to be joined in this action as named party plaintiffs.

INITIAL REVIEW, REPORT AND RECOMMENDATION - 1

According to the record, Church and Kerchee both appear to be prisoners at the James Crabtree Correctional Center in Oklahoma.  (Id. at 7). However, both claim to be decorated veterans who, like Plaintiff Gary Kendall, claim to have been victimized by the United States Government.  (*Id*. at 1-5). Church claims to be a four-star general, intelligence officer, special warfare officer, investigations officer, special-forces intelligence officer, and a limited detachment fighter pilot. (Id. at 2-4). He claims that his jet was shot down in Vietnam, and that he was shot in the head by a sniper during Operation Desert Storm. (*Id*.)  Beyond his military service, Church also claims that he worked for the FBI, the CIA, and the US Senate Command as a special investigator for Senator Frank Church.

Kerchee claims to be a retired Army Sergeant and a decorated veteran with numerous commendations including a purple heart, bronze star and silver star.  Both Church and Kerchee claim that all of their military records have been destroyed by the government.

Thus, Church and Kerchee have requested to be joined as named Plaintiffs in this underlying action.

On September 14, 2012, the District Court dismissed the underlying Complaint (Dkt. 2) in its entirety.  Plaintiff Gary Kendall has filed an appeal, which is currently pending before the Ninth Circuit Court of Appeals.  (Case No. 12-35841).

# Report

## A. Standard

Rule 20(a), provides: All persons may join in one action as plaintiffs if they assert any right to relief jointly, severally, or in the alternative in respect of or arising out of the same transaction, occurrences, or series of transactions or occurrences and if any question of law or fact common to all these persons will arise in the action. Rule 20(a) imposes two specific requisites for the joinder of parties: (1) a right to relief must be asserted by, or against, each plaintiff or defendant relating to or arising out of the same transaction or occurrence; and (2) some question of law or fact common to all the parties will arise in the action. Wright & Miller, Federal Practice and Procedure, 1653.

Under the circumstances, Church and Kerchee have not satisfied the requirements of Rule 20. Church, Kerchee, and Plaintiff Gary Kendall have each presented individualized claims with no clear factual commonality. A liberal reading of the Complaint (Dkt.) reveals that basis of Plaintiff Kendall's claims surround alleged inadequate medical care by the VA.  Kendall also includes claims of terrorism, genocide, treason, torture, and murder.  Church appears to be seeking a declarative judgment that he is in fact a highly ranked military officer.  (*Motion*, Dkt. 19)  Kerchee claims that the VA had discriminated against him "as a Native American Indian." (*Kerchee Decl.*, Dkt. 19-3 at 2).  Finally, prior to Church and Kerchee's filing of the immediate motion to join, the

INITIAL REVIEW, REPORT AND RECOMMENDATION - 3

presiding District Judge adopted the undersigned's recommendation that this case be dismissed. Accordingly, on September 14, 2012, the entire action was dismissed and judgment was entered.

## RECOMMENDATION

Accordingly, it is RECOMMENDED that the Motion for Joinder (Dkt. 19) be DENIED.

DATED: May 29, 2013

*/s/ Larry M. Boyle*
Honorable Larry M. Boyle
U. S. Magistrate Judge